IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01731-MSK-KLM

MR. KEITH PARKER,

    Plaintiff,

v.

MR. GRAYSON ROBINSON, Sheriff,
MR. ASPINALL, Sgt. Deputy Sheriff,
MR. RANGEL, Deputy Sheriff,
MRS. NANCY WALKER, Classification Admin.,

    Defendant(s).
_____

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE
_____

    IT IS HEREBY **ORDERED** that a preliminary Scheduling Conference is set for **January 9, 2008 at the hour of 1:30 p.m.**, in Courtroom A501, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR. 16.1 and 16.2.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.  Plaintiff and his/her case manager shall contact the court at: (303) 844-4892 on the above date and time in order to participate.

    IT IS FURTHER **ORDERED** that the Clerk's Office shall electronically mail a copy of this Minute Order to the legal assistant for the Department of Corrections at the following address: service_of_process@doc.state.co.us.

    Dated:  November 19, 2007

                                                  BY THE COURT:

                                                  s/ Kristen L.  Mix
                                                  Kristen L.  Mix
                                                  United States Magistrate Judge