IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-01731-MSK-KLM

MR. KEITH PARKER,

      Plaintiff,

v.

MR. GRAYSON ROBINSON, Sheriff,
MR. ASPINALL, Sgt. Deputy Sheriff,
MR. RANGEL, Deputy Sheriff,
MRS. NANCY WALKER, Classification Admin.,

      Defendant(s).
_____

**MINUTE   ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

      This matter is before the Court on Plaintiff's Motion for Writ of Mandamus [Docket No. 9; Filed October 26, 2007]; and Plaintiff's Motion for Appointment of Counsel [Docket No. 22; Filed November 27, 2007].  The Motion for Writ of Mandamus seeks a hearing to determine whether Plaintiff should be appointed counsel.  The Court notes that Defendants filed their Answer on December 17, 2007 [Docket No. 31].  The Court also notes that a Preliminary Scheduling Conference has been set in this case for January 9, 2008.

      IT IS HEREBY **ORDERED** that the Motion for Writ of Mandamus [Docket No. 9] is **GRANTED** insofar as it requests that a hearing be set regarding the appointment of counsel for Plaintiff.

      IT IS FURTHER **ORDERED** that the Preliminary Scheduling Conference set for January 9, 2008 at 1:30 p.m. is  **vacated** and **RESET** to **February 1, 2008 at 9:00 a.m.** in Courtroom **A-501,** Fifth Floor, of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.  At that time, the Court will also hear evidence and argument regarding Plaintiff's Motion for Appointment of Counsel [Docket No. 22].  The parties should be prepared to address Plaintiff's mental health and offer testimony or documents in support of or in opposition to Plaintiff's Motion.  Plaintiff shall participate by telephone and shall contact Chambers at **(303) 844-4892** on the date and time set for the Preliminary Scheduling Conference and Motion Hearing.

Dated:        December 18, 2007