IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01731-MSK-KLM

MR. KEITH PARKER,

    Plaintiff,

v.

MR. GRAYSON ROBINSON, Sheriff,
MR. ASPINALL, Sgt. Deputy Sheriff,
MR. RANGEL, Deputy Sheriff, and
MRS. NANCY WALKER, Classification Admin.,

    Defendant(s).
_____

**ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion for Injunction to Restrain Defendants from Personally Harming Him and Placing Him in a Dangerous Positions [sic] [Docket No. 53; Filed February 15, 2008] (the "Motion"). On February 1, 2008, the Court stayed Plaintiff's case until April 1, 2008 or until an attorney volunteers to represent him in this matter [Docket No. 48]. The Court also informed the parties that "no Motions or Responses to Motions are to be filed for the duration of the stay." *Id.*

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. Plaintiff may refile the Motion after the stay has expired or an attorney volunteers to represent him in this matter, whichever occurs first.

    It has also come to the attention of the Court that Plaintiff has sent certain letters to the Court. As with all documents submitted to the Court, the letters have been filed by the Clerk of Court as separate docket entries in the record of this case [Docket No. 51;

Filed February 14, 2008 and Docket No. 52; Filed February 15, 2008]. The Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District Court for the District of Colorado require that parties to civil litigation file *motions* when they seek relief from the Court. Fed. Rule Civ. Pro. 7(b)(1) ("An application to the court for an order shall be by motion . . ."); D.C.Colo.L.Civ.R. 7.1C.

IT IS HEREBY **ORDERED** that requests for relief which are not captioned as motions will <u>not</u> be ruled upon by the Court, but in no event should Plaintiff file a motion until after the stay has expired or counsel has volunteered to represent him.

Dated: February 19, 2008

BY THE COURT:

s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix