IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-001731-MSK-KLM

KEITH PARKER,

    Plaintiff,

v.

NANCY WALKER, Classification Admin.,
GRAYSON ROBINSON (Sheriff),
DEPUTY SGT. ASPINALL,
DEPUTY RANGEL,

    Defendants.
_____

### ORDER DIRECTING PLAINTIFF TO MAKE
### MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    On August 17, 2007, the plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 [Docket No. 2]. Section 1915(b)(2) of 28 U.S.C. requires that a prisoner "shall make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account," provided the prisoner's account exceeds $10.00. This provision requires the prisoner to make the payment at the time his account is credited, before the prisoner engages in other, discretionary spending. *Harris v. Colo. Dep't of Corr.*, No. 00-N-1066, 2000 WL 33193816, at *1 (D. Colo. Dec. 19, 2000).

    In the Order granting plaintiff leave to proceed *in forma pauperis*, plaintiff was instructed to either make the required monthly payments or to show cause **each month**

why he has no assets and no means by which to make the monthly payment.[1] In order to show cause, plaintiff was also directed to file a certified copy of his inmate trust fund account statement. Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.

On November 21, 2007, the Court issued its first Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause [Docket No. 19] by December 3, 2007. In response, plaintiff submitted a payment toward his filing fee on December 10, 2007 [Docket No. 25]. Since that time, plaintiff has failed to file any inmate trust fund account statements, pay any other portion of his filing fee, or show cause why he cannot. Because the case has been stayed since February 1, 2008, and the stay expired on April 1, 2008, the Court chooses to issue a second Order directing payment rather than a recommendation to dismiss plaintiff's case. Therefore, on or before **May 2, 2008**, plaintiff must either make the required monthly payments for January, February, and March or show cause why he cannot.

It is not acceptable for plaintiff to meet his monthly obligations only when specifically called upon by the Court through an order to pay or show cause. Such a procedure unreasonably burdens the Court. Consequently, hereafter I will require plaintiff, by the **15th day** of **each** month and without any further notice from or order of the Court, either to make the required monthly payment for each preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he

---

[1] Plaintiff was also ordered to pay an initial partial filing fee of $9.00 [Docket No. 2], which the Court notes was received on September 19, 2007 [Docket No. 5].

2

has no assets and no means by which to make the monthly payment. Plaintiff is further advised that making purchases at the canteen in lieu of making his required monthly payments fails to demonstrate good cause for his nonpayment. *See Cosby v. Meadors*, 351 F.3d 1324, 1327 (10th Cir. 2003) (noting that "when a prisoner has sufficient income to pay a monthly partial filing fee and instead spends his money on amenities at the prison canteen, he cannot be excused for failing to make the required partial payments"). If plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, I will recommend that the case be dismissed for failure to comply with this Order and with the Order allowing plaintiff to proceed *in forma pauperis*.

IT IS HEREBY **ORDERED** that on or before **May 2, 2008**, plaintiff shall make the required monthly payments or show cause why he has no assets and no means by which to make the monthly payments for the months of January, February, and March.

IT IS FURTHER **ORDERED** that by the **15th day** of **each** month hereafter plaintiff shall either make the required monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment. Furthermore, if payment is made for the preceding month, in order to verify that the appropriate amount is being paid, the plaintiff must file a certified copy of his trust fund account statement for that month. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

IT IS FURTHER **ORDERED** that if plaintiff fails to comply with this order, the complaint and this civil action may be dismissed without further notice.

DATED: April 10, 2008.

BY THE COURT:

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge