IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01731-MSK-KLM

MR. KEITH PARKER,

    Plaintiff,

v.

MR GRAYSON ROBINSON, Sheriff,
MR. ASPINALL, Sgt. Deputy Sheriff,
MR. RANGEL, Deputy Sheriff,
MRS. NANCY WALKER, Classification Admin.,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION AND
DENYING MOTION FOR INJUNCTIVE RELIEF, AS MOOT**

---

THIS MATTER comes before the Court on a Recommendation **(#66)** by the Magistrate Judge that the Plaintiff's Motion **(#34)** seeking issuance of a temporary restraining order and preliminary injunction be denied. The Plaintiff has filed no objection to the recommendation. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

### I. Jurisdiction

The Court exercises subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

### II. Background

The Plaintiff is a prisoner in state custody. In his Amended Complaint **(#10)**, he asserts claims pursuant to 42 U.S.C. § 1983 against four Arapahoe County employees arising from his detention in the Arapahoe County Detention Facility.

In the instant motion **(#34),** the Plaintiff complains that while he has been housed at the Arapahoe County Detention Facility, the Defendants have subjected him to harm and have been violating his constitutional rights in various ways. As relief, he asks the Court to enjoin the Defendants from violating his rights and making him unsafe, and to move the Plaintiff to another facility. The Magistrate Judge recommends that the motion be denied because the Plaintiff has been transferred out of the Arapahoe County Detention Facility and is no longer under the supervision of any of the named Defendants.

### III. Standard of Review

Pursuant to Fed. R. Civ. P. 72 and 28 U.S.C. § 636(b)(1), a party may object to any portion of a Magistrate Judge's recommendation by filing specific objections within 10 days of the party's receipt of the recommendation. When timely objections have been filed, the district court must review *de novo* the specific conclusions of the Magistrate Judge to which objections have been directed. 28 U.S.C. § 636(b)(1)(C); *Northington v. Marin*, 102 F.3d 1564, 1570 (10th Cir. 1996). However, when no timely objections are filed, as in this case,[1] a district court may apply whatever standard of review it deems appropriate. *Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

### IV. Analysis

The Magistrate Judge's Recommendation is not clearly erroneous nor contrary to law. On April 1, 2008, the Plaintiff filed a notice **(#61)** with the Court advising that he had been moved to the Territorial Correctional Facility in Canon City, Colorado. Subsequent mail received from the

---

[1] Because the Recommendation was issued April 11, 2008, the Plaintiff had until April 25, 2008 to file objections.

2

Plaintiff shows that he is now housed at a facility in Crowley, Colorado, which appears to be the Arkansas Valley Correctional Facility. Thus, he is now longer housed in the Arapahoe County Detention Facility and his motion seeking injunctive relief is moot.

**IT IS THEREFORE ORDERED** that the Recommendation **(#66)** is **ADOPTED,** and the Plaintiff's Motion **(#34)** seeking temporary and preliminary injunctive relief is **DENIED,** as moot.

Dated this 1st day of May, 2008

**BY THE COURT:**

Marcia S. Krieger
United States District Judge