IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01731-MSK-KLM

MR. KEITH PARKER,

    Plaintiff,

v.

MR. GRAYSON ROBINSON, Sheriff,
MR. ASPINALL, Sgt. Deputy Sheriff,
MR. RANGEL, Deputy Sheriff,
MRS. NANCY WALKER, Classification Admin.,

    Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's Motion to Compel [sic] [Docket No. 77; Filed June 27, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED**. Plaintiff improperly moves to compel nonparty Colorado Department of Corrections to remit a partial payment of his filing fee. On May 1, 2008, the Court ordered Plaintiff to pay ten percent of his income for the months of March and April ($22.00 and $10.18) toward his filing fee by May 15, 2008 [Docket No. 72]. Plaintiff was given a thirty-day extension of time to comply [Docket No. 75]. The Court has now received Plaintiff's Court-ordered payment [Docket No. 78]. Although his payment was received beyond the deadline, the Court accepts it as filed. However, there is no docket entry from Plaintiff reflecting his earnings or ability to pay his filing fee for the month of May.

    IT IS HEREBY **ORDERED** that on or before **July 9, 2008**, Plaintiff shall either pay into the court registry ten percent of his income for the month of May or submit an account statement showing why he cannot. Further, by the **15th of July** (and by the 15th of every month thereafter) Plaintiff shall either pay into the court registry ten percent of his income for the previous month or submit an account statement showing why he cannot. **This is Plaintiff's fifth and final warning regarding payment of his filing fees.** The Court will not continue to issue orders each month to secure Plaintiff's compliance with its detailed prior orders regarding payment of his fees [Docket No. 19, 63, 72, 75]. If Plaintiff fails to comply with this Order, the Court will recommend that his case be dismissed without further notice.

Dated:      June 30, 2008