IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 07-cv-01731-MSK-KLM

MR. KEITH PARKER,

    Plaintiff,

v.

MR GRAYSON ROBINSON, Sheriff,
MR. ASPINALL, Sgt. Deputy Sheriff,
MR. RANGEL, Deputy Sheriff,
MRS. NANCY WALKER, Classification Admin.,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Joint Motion to Dismiss with Prejudice **(#92)**

filed September 12, 2008.  The Court having reviewed the foregoing:

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with

prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection

with this action.  The Clerk shall close this case.

DATED this 15th day of September, 2008.

BY THE COURT:

Marcia S. Krieger
United States District Judge